# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# AT KANSAS CITY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HEATHER K HUBBARD, ) | Case No. 23-40564-drd |
| ) | Chapter 13 |
| DEBTOR. ) | |

## AGREED ORDER RESOLVING NEBRASKA FURNITURE MART'S OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN

COMES NOW, Creditor, Nebraska Furniture Mart, by and through its attorney, Steve N. Gatzoulis of Evans & Mullinix, P.A., and the Debtor, by and through her attorney, Ryan Michael Graham, and agree to resolve Nebraska Furniture Mart's (hereinafter "NFM") Objection to Confirmation of Debtor's Chapter 13 Plan.

The parties agree that the value of the highback chair, listed in part 3.3 of the Amended Chapter 13 Plan $253.93.  The parties further agree that NFM is a secured creditor and that the current value of the property and the secured claim is $253.93, with interest to accrue at the Trustee's discount interest rate, and an unsecured portion in the amount of $760.70 that will accrue no interest.

IT IS SO ORDERED.

Dated: July 24, 2023

    /s/ Dennis R. Dow
United States Bankruptcy Judge

{00966866 }

SUBMITTED AND APPROVED BY:

EVANS & MULLINIX, P.A.

*/s/Steve N. Gatzoulis*
Steve N. Gatzoulis, KS #22176, MO #58057
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
sgatzoulis@emlawkc.com
*Attorneys for Creditor, Nebraska Furniture Mart, Inc.*


APPROVED BY:

*/s/ Ryan Michael Graham*
Ryan Michael Graham, KS #79061
W.M. Law
15095 W. 116th St.
Olathe, KS 66062
(913) 422-0909; (913) 428-8549 (Fax)
graham@wagonergroup.com
*Attorneys for Debtor*